**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. CR 03-050ML

LUIS MERCADO

**RETURN RECEIPT FOR EXHIBITS**

Govt's Exhibits 1, 2, 3, 4, 8, 9, 9a, 10, 11, 12

David A. DiMarzio
Clerk of Court

Received by: ____________________

By: ____________________
Deputy Clerk

Date: 5/30/06

# United States District Court

DISTRICT OF

USA v. LUIS MERCADO

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR 03-050ML

| PRESIDING JUDGE | GOVT'S PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MARY M. LISI | PETER F. NERONHA | EDWARD C. ROY, JR. |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 11/17/03, | KAREN ZINNI | JOHN DUHAMEL |

| | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 11/17/03 | → | | → | | | W-1 OSCAR PEREZ - P.P.D - 11.17.03 |
| | 1 | | 11.17.03 | | ✓ | photo of 7 Bodell Avenue |
| | 2 | | " | | ✓ | " " " " " |
| | 3 | | " | | ✓ | " " " " " |
| | 4 | | " | | ✓ | " " " " " |
| X | 5 | | " | | ✓ | firearm (.22 caliber semi-automatic) |
| X | 6 | | " | | ✓ | magazine to firearm |
| X | 7 | | " | | ✓ | Ammunition & bullets |
| | 8 | | " | | ✓ | leather jacket seized from [illegible] |
| | 9 | | " | ✓ | | receipt |
| | 9A | | " | | ✓ | redacted receipt |
| | 11 | | " | ✓ | ✓ | property ~~receipt~~ for jacket seized |
| | 12 | | " | ✓ | ✓ | plastic bag holding jacket |
| | → | | → | | | W-2 THOMAS ZINCONE - P.P.D - 11.17.03 |
| | 10 | | 11.17.03 | | ✓ | Stipulation of Facts |
| | → | | → | | | W-3 ROLANDO ROJAS - 11.17.03 |
| 11/18/03 | → | | → | | | W-4 VINISIS ACOSTA - 11.18.03 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

X EXBs 5, 6, 7 retrieved by Govt on 11.18.03



\ JURY TRIAL